For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Keith Edward Moss

**PRISONER NO.:** 1051408

**PLACE OF CONFINEMENT:** Lynchburg Adult Detention

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 09 2016
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Keith Edward Moss
Enter Full Name        Plaintiff

VS.

~~[scratched out]~~

Major Esponoza
Enter Full Name(s)     Defendant(s)

**CIVIL ACTION NO.** 7:16-cv-00218

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes   ✓ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: _____

2. Court: _____

3. Docket No.: _____

4. Judge: _____

5. Disposition: _____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes ✓   No _____

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D. Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

Unlawfully detained past sentencing order. Detained atleast ten days past sentencing order. I petitioned judge. I showed jail authority sentencing order. Sentencing order was disregarded. I was housed at L.A.D.C.

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

My monetary funds where taken after being sent in. The jails L.A.D.C. policy is to take half of an inmates money when sent in (If inmate owes jail) All of my money was taken. It was stated, it was a computer error. Money was never refunded.

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

I have a "Permanent" Bug/Insect Bite on My Right Arm. I complained about Bite for atleast a week before I was seen by medical staff. I complained then + have continued to complain about the insect infestation at the facility. I was Bitten IN Cell #1 L'Unit L.A.D.C.

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.   10 Million Dollars

SIGNED THIS __MAY__ DAY OF __5__, 20__16__.

(Signature of Each Plaintiff)

**VERIFICATION:**

I, __Keith Edward Moss__, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: __5-5-16__   SIGNED: _____

Keith E. Moss
L.A.D.C. P.O. Box 6018
Lynchburg VA, 24505



GREENSBORO NC 274
PIEDMONT TRIAD AREA
05 MAY 2016 PM 7 L

Clerk, United States District
Court
210 Franklin ROAD, SW, Suite 540
Roanoke, VA 24011-2208

24011220840