CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 03 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK



# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| KEITH EDWARD MOSS,<br>     Plaintiff, | ) ) ) | Civil Action No. 7:16-cv-00218 |
| v. | ) ) | **MEMORANDUM OPINION** |
| MAJOR ESPONOZA,<br>     Defendant. | ) ) ) | By:   Hon. Michael F. Urbanski<br>       United States District Judge |

Keith Edward Moss, a Virginia inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff names Major Esponoza of the Lynchburg Adult Detention Center ("Jail") as the sole defendant. However, Plaintiff does not describe any personal act or omission by the defendant. Section 1983 requires a showing of personal fault on the part of a defendant either based on the defendant's personal conduct or another's conduct in execution of the defendant's policies or customs. Fisher v. Washington Metro. Area Transit Author., 690 F.2d 1133, 1142-43 (4th Cir. 1982), abrogated on other grounds by Cnty. of Riverside v. McLaughlin, 500 U.S. 44 (1991). Accordingly, the court dismisses the complaint without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted.

ENTER: This 3rd day of August, 2016.

/s/ Michael F. Urbanski
_____
United States District Judge