CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 03 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| KEITH EDWARD MOSS, | ) | Civil Action No. 7:16-cv-00218 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAJOR ESPONOZA, | ) | By: Hon. Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which

relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from

the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to Plaintiff.

ENTER: This 3rd day of August, 2016.

/s/ Michael F. Urbanski
_____
United States District Judge